UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SS&C TECHNOLOGIES, INC.; SS&C GIDS,      :
INC.;  SS&C TECHNOLOGIES, INC.           :
WELFARE BENEFIT PLAN; DST                :    Case No. 3:25-cv-00685-OAW
SYSTEMS, INC. 401(K) PROFIT SHARING      :
PLAN; SS&C 401(K) RETIREMENT             :
SAVINGS PLAN; METROPOLITAN LIFE          :
INSURANCE COMPANY; FIDELITY              :
WORKPLACE SERVICES LLC; and              :
FIDELITY MANAGEMENT TRUST                :
COMPANY                                  :
                                         :
        Plaintiffs,                      :
v.                                       :
                                         :
TODD DONOVAN, DARCY SLY *in her*         :
*Individual Capacity,* DARCY SLY *in her* :
*capacity as Special Administrator of the Estate* :
*of Sheila M. Donovan*, DARCY SLY *in her* :
*capacity as Special Administrator of the Estate* :
*of Tyler K. Donovan*  JERRY KRAFT,      :
KAREN KRAFT, and MICHELLE FARMER,        :
                                         :
        Defendants.                      :

## ORDER

**WHEREAS** Defendants Darcy Sly (in her Individual Capacity, in her capacity as Special

Administrator of the Estate of Sheila M. Donovan, and in her capacity as Special Administrator of

the Estate of Tyler K. Donovan), Jerry Kraft, Karen Kraft and Michelle Farmer (collectively

"Defendants") filed a Stipulated Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and

(b) on August 29, 2025 (the "Stipulated Motion"), seeking to transfer the venue of this case to the

United States District Court for the District of Kansas;

**WHEREAS** Defendant Todd Donovan has not appeared in this action, and submitted to

the parties, through his power of attorney, a Declaration stating that he wishes to "be dismissed

1

from this action" because he has "no rights or interests in the proceeds payable in this matter, and therefore make[s] no claim to the funds at issue in this lawsuit."

**WHEREAS** Plaintiffs SS&C Technologies, Inc., SS&C GIDS, Inc. SS&C Technologies, Inc. Welfare Benefit Plan, DST Systems, Inc. 401(k) Profit Sharing Plan, SS&C Retirement Savings Plan, Metropolitan Life Insurance Company, Fidelity Workplace Services LLC, and Fidelity Management Trust Company (collectively, "Plaintiffs") were dismissed from this interpleader action by Order dated August 5, 2026; and

**WHEREAS** Defendants each reside in Kansas, and stipulate and consent to litigating, adjusting, or settling in Kansas their respective entitlement, if any, to the interpleader funds deposited into the Registry of the Court by Plaintiff;

**NOW THEREFORE, IT IS ORDERED**, upon due consideration of the Stipulated Motion and all other papers heretofore filed in this action that**:**

1.  Upon Plaintiffs' deposit of those funds described in the order docketed on August 5, 2026, at ECF No. 36, this action shall be transferred in its entirety to the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1404(a); and

2.      Each party shall bear its own costs and attorneys' fees.

Entered this 5th day of August, 2026.

*/s/*

_____

The Honorable Omar A. Williams
United States District Judge